CHAMBERS OF
EDWARD R. KORMAN
CHIEF JUDGE

September 10, 2004

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Lisi:

I write in response to your letter dated August 3, 2004 raising three issues with respect to my financial disclosure form for the calendar year 2003.

1.    There is an error in Block 6. The correct reporting period is January 1, 2003 through December 31, 2003 (rather than December 31, 2004).

2.    In Part VII, line 2, I listed the sale of "SBC Communications (Common," Column (D)(1). Because I disposed of that asset entirely, Column C should have been left blank and the value of the asset at the time of disposition should have been entered in Column (D)(3). The value code that should have been listed in Column (D)(3) was "K."

3.    In Part VII, line 2 of my 2002 report, I listed a Republic N.B. Certificate of Deposit. The asset, which was held solely in the name of my ▮▮▮ and was in his possession, was redeemed by him at its face value in 2002. The value code at the time of redemption was "B." I was not aware of this redemption when I completed the 2002 financial disclosure form.

I apologize for not replying within 30 days of your letter. The letter arrived just after I left for my vacation and was on the bottom of a huge pile of mail that I did not get to until this week.

Very truly yours,

Edward R. Korman
Chief United States District Judge
Eastern District of New York

| AO-10 |
|---|
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| . Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KORMAN, Edward R | U.S. District Court - EDNY | 5/11/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge (Active) | ○ Nomination, Date<br>○ Initial  ◉ Annual  ○ Final | 1/1/2003<br>to<br>12/31/2004 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Brooklyn Law School |
| 2. | Member of Board of Trustees | On Your Mark Inc. |
| 3. | Member of Borad of Trustees | Greenwood School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 19 11 09 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | None other than my salary | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 1993 | New York City - Salary | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Council | Participation in FBC weekend program. | $900 |
| | $900 - The sum relfects the cost of two nights including breakfast & dinner for me | and ▮▮▮▮▮ t the hotel at which the events were held. | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KORMAN, Edward R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank N.A./Deposit Program | A | Interest | J | T | | | | | |
| 2. SBC Communications (Common) | B | Dividend | K | T | SELL | | K | NONE | |
| 3. Sun Microsystems Inc. | | None | J | T | | | J | | |
| 4. Hewlett Packard (Common) | A | Dividend | K | T | | | | | |
| 5. Intel (Common) | A | Dividend | K | T | | | | | |
| 6. Flextronics International | | None | J | T | | | – – | | |
| 7. Time Warner | | None | J | T | | | | | |
| 8. Agilent Technologies | | None | J | T | | | | | |
| 9. Vanguard Group: 500 Portfolio (Mutual Fund) | B | Dist/Div. | L | T | | | | | |
| 10. Vanguard Group: Total Stock Market Portfolio (Mut. Fund) | B | Dist/Div. | L | T | | | | | |
| 11. Mutual Discovery Fund Z (Mutual Fund) | D | Dist/Div. | K | T | | | | | |
| 12. T.R. Price Blue Chip Growth Fund (Mutual Fund) | B | Dist/Div. | K | T | | | | | |
| 13. T.R. Price Mid-Cap Growth Fund (Mutual Fund) | A | Dist/Div. | K | T | | | | | |
| 14. T.R. Price Sci. & Tec. Fund (Mutual Fund) | D | Dist/Div. | K | T | | | | | |
| 15. T.R. Price - Money Market Fund | A | Dividend | J | T | | | | | |
| 16. Chase Bank Account | A | Interest | J | T | | | | | |
| 17. City of N.Y. Deferred Compensation Plan | · | None | L | T | | | | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date ___5/13/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

#### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544